1014

Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–1828. ALBERTUS ET AL. *v.* STATE TAX COMMISSION OF MISSOURI ET AL. Appeal from Sup. Ct. Mo. dismissed for want of substantial federal question.

No. 86–358. AMERICAN TRUCKING ASSNS., INC., ET AL. *v.* GRAY, DIRECTOR, ARKANSAS HIGHWAY AND TRANSPORTATION DEPARTMENT, ET AL. Appeal from Sup. Ct. Ark. Motion of Yellow Freight System et al. for leave to file a brief as *amici curiae* granted. Judgment vacated and case remanded for further consideration in light of *American Trucking Assns., Inc.* v. *Scheiner, ante,* p. 266.

No. 86–415. REIVITZ, SECRETARY, WISCONSIN DEPARTMENT OF HEALTH AND SOCIAL SERVICES *v.* LESKO ET AL.; and
No. 86–744. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* LESKO ET AL. Appeals from D. C. E. D. Wis. Motion of appellees for leave to proceed *in forma pauperis* granted. Judgment vacated and cases remanded for further consideration in light of *Bowen* v. *Gilliard, ante,* p. 587.

No. 86–1140. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* BALDWIN ET AL.; and
No. 86–1161. LEDBETTER, COMMISSIONER, GEORGIA DEPARTMENT OF HUMAN RESOURCES *v.* BALDWIN. Appeals from D. C. N. D. Ga. Judgment vacated and cases remanded for further consideration in light of *Bowen* v. *Gilliard, ante,* p. 587.

No. 86–364. BLAIR, SECRETARY OF HEALTH OF SOUTH DAKOTA, ET AL. *v.* FREEMAN ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Anderson* v. *Creighton, ante,* p. 635, and *New York* v. *Burger,* 482 U. S. 691 (1987).